# Court of Appeals
# of the State of Georgia

ATLANTA, __January 10, 2022__

*The Court of Appeals hereby passes the following order:*

## A21A1441. THE STATE v. PAYNE.

This case was docketed by this Court on May 14, 2021. The State's brief and enumeration of errors were originally due on June 3, 2021. As of the date of this order, the State has still not filed a brief and enumeration of errors. The filing is 221 days late. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.

The Clerk of Court is DIRECTED to send a copy of this order to the State's attorney in this case.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/10/2022__*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*